| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN D. ANDERSON, Cal. Bar No. 221645 |
| 2 | JANENE P. BASSETT, Cal. Bar No. 197722 |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, California 90067-6017 |
| 4 | Telephone: 310-228-3700 |
| | Facsimile: 310-228-3701 |
| 5 | |
| 6 | TAWNYA WOJCIECHOWSKI, Cal. Bar No. 180063 |
| | RAFAEL G. NENDEL-FLORES, Cal. Bar No. 223358 |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 7 | 650 Town Center Drive, 4th Floor |
| | Costa Mesa, California 92626-1993 |
| 8 | Telephone: 714-513-5100 |
| | Facsimile: 714-513-5130 |



Attorneys for Plaintiff
DREAM STAGE ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DREAM STAGE ENTERTAINMENT, INC., a Japanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROYCE GRACIE, an Individual domiciled in California; FEG, INC, a Japanese Corporation,<br><br>Defendants. | Case No. CV 04-9680 JFW (Mcx)<br><br>**PLAINTIFF DREAM STAGE, INC.'S NOTICE OF DISMISSAL OF DEFENDANT FEG, INC.**<br><br>Complaint Filed: November 29, 2004 |

DOCKETED ON CM
DEC 13 2004

W02-LA:LJS\70780867.1

NOTICE OF DISMISSAL

TO THE COURT AND DEFENDANT:

NOTICE IS HEREBY IS GIVEN that Plaintiff Dream Stage Entertainment, Inc. dismisses all claims for relief against Defendant FEG, Inc. without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and attorneys' fees.

DATED: December 9, 2004

                          SHEPPARD MULLIN RICHTER & HAMPTON LLP

                          By _____
                                     P. CRAIG CARDON

                                 Attorneys for Plaintiff
                            DREAM STAGE ENTERTAINMENT, INC.

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

   I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **December 09, 2004**, I served the following document(s) described as **PLAINTIFF DREAM STAGE, INC.'S NOTICE OF DISMISSAL OF DEFENDANT FEG, INC.**, on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

  Royce Gracie
  4918 Sharynne Lane
  Torrance, California 90505

☒  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile at ___ pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310-228-3701. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐  **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on **December 09, 2004**, at Los Angeles, California.

              _____
               NATALIE GUERRERO